# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>JACQUELINE M. ANTONIE,<br><br>Debtor. | Appellate Case No. 1:10-cv-00372-BLW<br><br>Bankruptcy Case No. 09-01569-JDP<br><br>**JUDGMENT** |

In accordance with the terms of the Memorandum Decision and Order filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS is hereby AFFIRMED and this action is hereby DISMISSED IN ITS ENTIRETY.

DATED: **March 31, 2011**

B. LYNN WINMILL
Chief Judge U.S. District Court

**JUDGMENT- 1**